**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**
Thomas M. Madruga – SBNY 160421
tmadruga@omlolaw.com
Lana Lukyanov – SBNY 328391
llukyanov@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-0093

Attorneys for Defendant,
SANTA ANA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KIM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SANTA ANA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.: 8:24-CV-00650 MEME-JDE<br>Hon. Mame Ewusi-Mensah Frimpong<br>Magistrate: Hon. John D. Early<br>Courtroom 8B<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION PURSUANT TO FED. R. CIV. P. 56 AS TO THE CLAIMS OF ALL PLAINTIFFS**<br><br>[Filed concurrently with Statement of Uncontroverted Facts and Conclusions of Law; Appendix of Declarations & Exhibits; Notice of Lodging; and [Proposed] Order]<br><br>Hearing Date:　November 6, 2025<br>Hearing Time:　10:00<br>Courtroom:　　8B<br><br>Complaint: March 26, 2024<br>Trial Date: January 26, 2026 |

**TO THE HONORABLE COURT AND TO ALL PARTIES**:

PLEASE TAKE NOTICE, that on November 6, 2025, at 10:00 a.m. or., as soon thereafter as this matter may be heard, in Courtroom 8B of the above-entitled Court located at First Street U.S. Courthouse, 350 West First Street, 8th Floor, Los Angeles, California, 90012, Defendant, SANTA ANA UNIFIED SCHOOL DISTRICT, will move for summary judgment of the entire action filed by Plaintiffs or, alternatively, summary adjudication of the following causes of action alleged in the Complaint (Exhibit 1):

- The First Cause of Action – 42 U.S.C. §12111 et seq.– for Violation of the Americans with Disabilities Act (Exhibit 1, ¶¶ 42-49) fails as a matter of law because Plaintiff did not suffer an adverse employment action;
- The Second Cause of Action – 29 U.S.C. §794 et seq.- Violation of Section 504 of the Rehabilitation Act (Exhibit 1, ¶¶50-57) failed as a matter of law because Plaintiff did not suffer an adverse employment action and a cognizable injury in fact;
- The Third Cause of Action – Cal. Gov't Code §12940(a)- Violation of California Fair Employment and Housing Act (Exhibit 1, ¶¶58-65) fails as a matter of law because Plaintiff did not suffer an adverse employment action;
- The Fourth Cause of Action – Cal. Gov't Code §12940(m)- Violation of California Fair Employment and Housing Act (Exhibit 1, ¶¶66-76); fails as a matter of law because Plaintiff was provided with reasonable accommodations and Plaintiff conduct caused a breakdown in the interactive process;
- The Fifth Cause of Action – Cal. Gov't Code §12940(n); 2 Cal. Code. Regs. §11069(a)- Failure to Engage in the Interactive Process in Violation of California Fair Employment and Housing Act (Exhibit 1, ¶¶77-86) fails as a matter of law because Defendant did engage in the Interactive Process in

good faith, granted Plaintiff with the accommodation he requested, and Plaintiff caused a breakdown in the interactive process;

- The Sixth Cause of Action – Cal. Gov't Code §12940(k- Failure to Prevent Discrimination, Harassment, and Retaliation (Exhibit 1, ¶¶ 87-95) fails as a matter of law because Plaintiff has no evidence that Defendant discriminated against Plaintiff;
- The Seventh Cause of Action – Cal. Gov't Code §11135 (Exhibit 1, ¶¶96-103) fails as a matter of law because Plaintiff was not denied full and equal access to benefits.

This motion will be based upon this Notice of Motion; the Memorandum of Points and Authorities; the Declarations of Lana Lukyanov; James Ebiner, and Sara Nazir; the Statements of Uncontroverted Facts and accompanying evidence; the pleadings; and other documents submitted in this case, and such other materials appropriately considered by the Court.

Dated: August 12, 2025     **OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**


By:  /s/ Lana Lukyanov
Lana Lukyanov
Attorneys for Defendant,
SANTA ANA UNIFIED SCHOOL DISTRICT