**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**
Thomas M. Madruga – SBNY 160421
tmadruga@omlolaw.com
Lana Lukyanov – SBNY 328391
llukyanov@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-0093

Attorneys for Defendant,
SANTA ANA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KIM,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SANTA ANA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No.: 8-24-CV-00650 MEME-JDE<br>Hon. Mame Ewusi-Mensah Frimpong<br>Magistrate: Hon. John D. Early<br>Courtroom 8B<br><br>**DECLARATION OF LANA LUKYANOV IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>[Filed concurrently with Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Appendix of Declarations & Exhibits; Notice of Lodging; and [Proposed] Order]<br><br>Hearing Date:　　November 6, 2025<br>Hearing Time:　　10:00 a.m. or TBD<br>Courtroom:　　　　8B<br><br>Complaint: March 26, 2024<br>Trial Date: January 26, 2026 |

I, Lana Lukyanov, declare as follows:

1. I am an attorney duly admitted to practice before all Courts of the State of California, and the United States Court, Central and Eastern Districts of California. I am associated with Olivarez Madruga Law Organization, LLP, counsel of record for Defendant, Santa Ana Unified School District. I have personal knowledge of the following matters and if called up on to testify, I could and would competently testify thereto.

2. I am one of the attorneys responsible for the daily handling of all matters in this action. I make this Declaration in support of Defendants' Motion for Summary Judgment Or, Alternatively, Summary Adjudication.

3. On June 15, 2025, I timely notified Plaintiff's counsel about the District's intent to file a motion for summary judgment and identified certain grounds for its motion with specificity. Further, I requested a Zoom or telephonic conference to discuss the issues further in accordance with the Local Rule 7-3.

4. On June 17, 2025, Plaintiff's counsel notified Defendant of his intent to file a cross-motion which would adjudicate the same issues and agreed that Defendant will be the moving party.

5. On July 31, 2025, the parties conducted the meet and confer process relative to this motion and Plaintiff's cross-motion pursuant to Local Rule 7-3 via Zoom. However, the parties were unable to resolve any of the issues that form the basis for the motions.

6. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint filed in this action.

7. Attached thereto as **Exhibit 20** is a true and correct copy of documents Plaintiff produced in response to Defendant's Requests for Production.

8. Attached thereto as **Exhibit 21** is a true and correct copy of Plaintiff's Responses to Requests for Production, set one, served on October 4, 2024

9. Attached thereto as **Exhibit 22** is a true and correct copy of Plaintiff's Amended Responses to Defendant's Interrogatories to David Kim, set one, served on May 5, 2025.

10. Attached hereto as **Exhibit 24** are true and correct copies of excerpts of the deposition transcript of PMK James Ebiner taken April 10, 2025.

11. Attached hereto as **Exhibit 25** are true and correct copies of excerpts of the deposition transcript of Sara Nazir taken on March 12, 2025.

12. Attached hereto as **Exhibit 26** are true and correct copies of excerpts of the deposition transcript of Plaintiff, David Kim, taken on April 23, 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 12, 2025, in Los Angeles County, California.

Dated: August 12, 2025   **OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**

/s/ Lana Lukyanov
Lana Lukyanov